Faud Haghighi, Esq., SBN.: 281724
**THE DISABILITY ACCESS CENTER**
17221 E. 17th St. F, Santa Ana, CA 92705
Tel: (949) 313-7656 · Fax: (714) 515-6533
Email: Fhaghighilaw@gmail.com

Attorney for Plaintiff, ADAM GHADIRI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, an individual, | Case No.: 8:24-cv-01735-DOC-KES |
| Plaintiff, | **NOTICE OF SETTLMENT** |
| vs. | |
| DUCTILIC PIPING PRODUCTS, a Business Entity, DUCTILIC, INC., a California Corporation and GOLDEN GLOBAL PROPERTIES, LLC., a California Limited Liability Company, | |
| Defendants. | |
| DUCTILIC INC., a California Corporation, | |
| Counter-Claimant, | |
| vs. | |
| ADAM GHADIRI; and ROES 1-10, | |
| Counter-Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE pursuant to Central District of California Local Rules, Rule 40-2 that Plaintiff/ Counter-Defendant, ADAM GHADIRI has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff/ Counter-Defendant, ADAM GHADIRI and Defendants/Counter-Claimants, DUCTILIC PIPING PRODUCTS, a Business Entity, DUCTILIC, INC., a California Corporation and GOLDEN GLOBAL PROPERTIES, LLC., a California Limited Liability Company

DATED: December 13, 2024                **THE DISABILITY ACCESS CENTER**

_____

FAUD HAGHIGHI, ESQ.
Attorney for Plaintiff,
ADAM GHADIRI